IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOM YOUNG, H72830, ) | |
| ) | |
| Petitioner, ) | No. C 13-1213 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| AMY MILLER, Warden, ) | (Docket # 3) |
| ) | |
| Respondent. ) | |
| ) | |

      Petitioner seeks federal habeas review of the execution of a sentence imposed by Contra Costa County Superior Court, which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at Centinela State Prison in Imperial County, which lies in the Southern District of California. See id. § 84(d).

      Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1    Because Imperial County lies in the Southern District of California, the court
2    orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the
3    interest of justice, this petition be transferred to the United States District Court for the
4    Southern District of California.
5    The clerk shall transfer this matter and terminate all pending motions as moot.
6    SO ORDERED.
7    DATED:  March 27, 2013
                                              CHARLES R. BREYER
8                                             United States District Judge

G:\PRO-SE\CRB\HC.13\Young, M.13-1213.transfer.wpd

2